ENTERED – SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 1 7 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

FILED – SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 1 7 2012

CENTRAL DISTRICT OF CALIFORNIA
BY Shy                      DEPUTY

ENTER / JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| MICHAEL J. RODRIGUEZ, | Case No. EDCV 06-01002 DDP (AN) |
| Petitioner, | |
| v. | JUDGMENT |
| ANTHONY KANE, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: _July 17_, 2012

DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE