ENTER / JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MICHAEL J. RODRIGUEZ,<br><br>Petitioner,<br><br>v.<br><br>ANTHONY KANE,<br><br>Respondent. | Case No. EDCV 06-01002 DDP (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: July 17, 2012

DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE